**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 18, 2012

Lyle W. Cayce
Clerk

No. 10-10805
c/w No. 11-11119
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RICK BLANKENSHIP,

Defendant-Appellant

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 2:04-CR-32-1

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Rick Blankenship has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011).  Blankenship has not filed a response.  We have reviewed counsel's
brief and the relevant portions of the record reflected therein.  We concur with
counsel's assessment that the appeals present no nonfrivolous issue for appellate

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 10-10805
c/w No. 11-11119

review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED.  *See* 5TH CIR. R. 42.2.